UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
JOSEPH A. FERRARA, SR., et al.,                    :
                                                   :
                    Plaintiffs,                    :        ORDER
                                                   :        09-CV-1331 (SMG)
         -against-                                 :
                                                   :
CAB II ENTERPRISES, INC.,                          :
                                                   :
                    Defendant.                     :
---------------------------------------------------------------- x

GOLD, STEVEN M., U.S.M.J.:

      By letter dated June 17, 2011, plaintiffs seek to compel post-judgment discovery pursuant to Federal Rule of Civil Procedure 37. Docket Entry 26. As of today's date, no opposition has been filed. It appears that plaintiffs are entitled to the relief they seek. Accordingly, defendant shall respond to plaintiffs' post-judgment discovery demands, as outlined in Docket Entry 26, within thirty days of the date of this Order, and in any event no later than July 28, 2011. Moreover, by that same date, defendant shall designate a corporate officer to appear for a deposition on August 9, 2011. Finally, defendant and Carmine Bottiglieri, Sr., defendant's president, are hereby alerted that failure to comply with this Order will result in an Order directing Bottiglieri to show cause why he should not be held personally in contempt. Plaintiff shall promptly serve a copy of this Order on defendant and Bottiglieri at their last known addresses and file proof of service with the Court.

                                           SO ORDERED.

                                           _____/s/_____
                                           Steven M. Gold
                                           United States Magistrate Judge

Brooklyn, New York
June 27, 2011

U:\eoc 2011\ferrarra v cab II 062711.docx